UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SKUDIN,

                  Plaintiff,

            v.

GENERAL ELECTRIC COMPANY,
PARAMOUNT GLOBAL, ALFA LAVAL,
INC., AURORA PUMP COMPANY,
FOSTER WHEELER LLC, FOSTER
WHEELER ENERGY CORPORATION,
REDCO CORPORATION, TATE ANDALE,
WARREN PUMPS and DOES 1–25,

                  Defendants.

No. 25-mc-13 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Before the Court is General Electric Co. and Paramount Global's motion to compel third-party discovery against NYU Langone Medical Assoc. Chelsea, which is made in connection with another case pending in the United States District Court of Hawaii, No. 22-cv-425. On January 16, 2025, General Electric and Paramount Global both filed a notice of consent to conduct all proceedings before a magistrate judge. Within fourteen days of service, NYU Langone Medical Assoc. Chelsea shall notify the Court whether it also consents to have this case heard before a magistrate judge.

    The Court also notes that the parties have captioned this case to identify the parties in the underlying action in the District of Hawaii, as opposed to the parties involved in the motion to compel third-party discovery before this Court. To the extent the parties wish to change the caption to reflect those involves in the motion before this Court, they shall promptly file a request to amend the caption.

General Electric and Paramount Global shall serve a copy of this order on NYU Langone Medical Association Chelsea by February 12, 2025 and promptly file proof of service on the docket.

SO ORDERED.

Dated:   February 5, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge