UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID SKUDIN,

                Plaintiff,

         v.

GENERAL ELECTRIC COMPANY, PARAMOUNT GLOBAL, ALFA LAVAL, INC., AURORA PUMP COMPANY, FOSTER WHEELER LLC, FOSTER WHEELER ENERGY CORPORATION, REDCO CORPORATION, TATE ANDALE, WARREN PUMPS and DOES 1–25,

                Defendant.

No. 25-mc-13 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On February 5, 2025, the Court directed NYU Langone Medical Assoc. Chelsea to notify the Court whether it consents to having this case heard by a magistrate judge within fourteen days of service. Although NYU Langone was served with a copy of that order on February 6, 2025, it has not filed any response. No later than March 31, 2025, NYU Langone shall notify the Court whether it consents to jurisdiction by a magistrate judge. The parties shall also advise the Court by March 31, 2025 whether they wish the change the caption to reflect the parties involved in the third-party discovery motion before this Court. *See* Dkt. 8. General Electric and Paramount Global shall serve a copy of this order on NYU Langone by March 24, 2025 and promptly file proof of service on the docket.

SO ORDERED.

Dated:    March 17, 2025
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge