UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DAVID SKUDIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>GENERAL ELECTRIC COMPANY, PARAMOUNT GLOBAL, ALFA LAVAL, INC., AURORA PUMP COMPANY, FOSTER WHEELER LLC, FOSTER WHEELER ENERGY CORPORATION, REDCO CORPORATION, TATE ANDALE, WARREN PUMPS and DOES 1–25,<br><br>                    Defendant. | No. 25-mc-13 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court has issued several orders asking the parties to clarify whether all consent to having this case heard by a magistrate judge. *See* Dkt. Nos. 8, 10. Although General Electric and Paramount Global have filed proof of service for those orders, they have not yet filed proof that this action itself has been served on NYU Langone Medical Assoc. Chelsea. No later than April 25, 2025, General Electric and Paramount Global shall advise the Court when service of this action was effectuated on NYU Langone. They shall further confer with counsel for NYU Langone and advise whether all parties consent to having this third-party motion to compel discovery heard by a magistrate judge. The parties shall also advise the Court whether they wish the change the caption to reflect the parties involved the instant dispute as opposed to the underlying action in the District of Hawaii. *See* Dkt. No. 10.

General Electric and Paramount Global shall serve a copy of this order on NYU Langone by April 25, 2025 and promptly file proof of service on the docket.

SO ORDERED.

Dated:   April 18, 2025
         New York, New York

Ronnie Abrams
United States District Judge